UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-6930

---

DIEUNIOUS CADEJUSTE,

Plaintiff - Appellant,

versus

WILLIAM WELCH, JR., in his individual and
official capacity; SHARMA MAHABIR; B. BRATTAN,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-96-152-H)

---

Submitted:  January 9, 1997        Decided:  January 23, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dieunious Cadejuste, Appellant Pro Se.  Daniel Karp, Kevin Bock
Karpinski, ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cadejuste v. Welch, No. CA-96-152-H (D. Md. May 16, 1996). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED